Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
EDUARDO AGUILAR CAMACHO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S 99 00129 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING |
| ) | CONCERNING BOOKER[1] |
| v. ) | REMAND |
| ) | |
| ) | |
| EDUARDO AGUILAR CAMACHO, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties hereby stipulate to the following:

1. This matter is presently set for the court to consider its sentence, in light of Booker after remand by the Ninth Circuit, on March 10, 2006, at 10:00 a..m.  Briefing concerning the remand is due on February 28, 2006.

2. In order to afford defense counsel additional time to prepare for the hearing, including time to meet with the client utilizing an interpreter (client is in Atwater Federal Prison), the parties hereby stipulate that the hearing on March 10 be vacated, and that this matter be set for hearing on **April 14, 2006 at 10:00 a.m.**  Any written briefs concerning the remand will be due on April 3, 2006.

---

[1]United States v. Booker, __ U.S. __, 125 S.Ct. 738 (2005)

1

DATED: February 28, 2006     /s/ Tim Warriner
Attorney for defendant,
EDUARDO AGUILAR CAMACHO

DATED: February 28, 2006     /s/ William Wong
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the hearing now scheduled for March 10, 2006 be vacated, and that this matter be set for hearing on April 14, 2006 at 10:00 a.m. Any written briefs concerning remand will be due on April 3, 2006.

DATED: Feb. 28, 2005     /s/   Edward J. Garcia
UNITED STATES DISTRICT COURT JUDGE