FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

EDUARDO CAMACHO,

        Defendant.
_____/

CIV. NO. S-0-8-1867 EJG
CR. NO. S-99-0129 EJG

ORDER GRANTING DEFENDANT'S
REQUEST FOR TIME TO FILE
MEMORANDUM OF LAW IN SUPPORT
OF 2255 PETITION

    Defendant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The motion was originally filed in the Central District of California July 23, 2008, but was transferred to the Eastern District, the sentencing court, by order filed August 6, 2008. In its order the transferring court notes, but does not act upon, defendant's request for thirty (30) additional days in which to file a memorandum of law in support of his § 2255 motion. That request is now granted.

    Defendant shall have until September 26, 2008 to file points and authorities in support of his § 2255 motion. Upon receipt of the points and authorities, the court will determine the course of further proceedings with respect to the motion.

    IT IS SO ORDERED.

Dated: August 26, 2008

                                /s/ Edward J. Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT